MICHAEL K. MEHR
ATTORNEY AT LAW SB#71925
100 Doyle St., Ste. A
Santa Cruz, CA 95062
Tel: 831/425-5757

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:  CASE NO. 10-54320ASW
CHAPTER 13

R.S. No. : KJL-793

TRACY G. SPEARS, **RESPONSE TO MOTION FOR RELIEF FROM STAY**

Date: October 5, 2011
Time: 2:15 p.m.
Debtor. Room: 3020

_____/

    Moving Party requests relief from stay filed by U.S. Bank, N.A. and represents as follows:

    1. Debtor has filed a request for a loan modification with U.S. Bank, N.A. and a Declaration regarding status of debtor's request for a loan modification.

    2. Attached as Exhibit A is the Declaration and fax transmittal.

    3. Debtor is prepared to pay 31% of her total gross monthly income as adequate protection payments less payments she makes for homeowner's insurance. Her gross monthly income is $3,500.00. The homeowner's insurance payment is $55.00. She is willing to pay $1,030.00 per month as adequate protection payments pending a loan modification.

                                    Respectfully submitted:

Dated: October 4, 2011                              /s/Michael K. Mehr